New Jersey Theatre Company, Appellant, vs. City of Milwaukee and others, Respondents.

*February 10—March 7, 1933.*

For the appellant there were briefs by *Walter J. Mattison,* attorney, and *Gold & McCann, Walter D. Corrigan, Sr.,* and *August C. Backus* of counsel, and oral argument by *Mr. Mattison, Mr. J. E. Porter, Mr. Corrigan, Mr. Walter L. Gold,* and *Mr. Backus,* all of Milwaukee.

For the respondents there was a brief by *Max Raskin,* city attorney, *William F. Quick,* first assistant city attorney, *Herbert C. Hirschboeck* and *H. A. Kovenock,* assistant city attorneys, and oral argument by *Mr. Quick, Mr. Hirschboeck,* and *Mr. Kovenock.*

Fowler, J. This case was argued and submitted with the case of *Schlitz Realty Corporation v. City of Milwaukee, ante,* p. 62, 247 N. W. 459, and is ruled by the decision therein.

*By the Court.*—The judgment and orders of the circuit court are affirmed.